| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Bruce H. Nagel, Esq.<br>Robert H. Solomon, Esq.<br>Greg M. Kohn, Esq.<br>NAGEL RICE, LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>Telephone: 973-618-0400<br>Fax: 973-618-9194 | Case No. 11-18143 |
| *Special Litigation Counsel for MicroBilt Corporation* | Judge: Honorable Michael B. Kaplan |
| In re:<br>MICROBILT CORPORATION, et al.<br>        Debtor. | Chapter 11<br>**Adv. No.: 12-01177-MBK** |
| MICROBILT CORPORATION,<br>        Plaintiff,<br>v.<br>CHEX SYSTEMS, INC., GUNSTER, YOAKLEY & STEWART, P.A., and DAVID M. WELLS,<br>        Defendants. | |

**ORDER GRANTING PLAINTIFF MICROBILT CORPORATION'S NOTICE OF MOTION FOR RECONSIDERATION OF THIS COURT'S MAY 20, 2013 ORDER PARTIALLY GRANTING CHEX SYSTEMS, INC.'S MOTION TO COMPEL <u>ARBITRATION</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Upon consideration of plaintiff's "Motion for Reconsideration of this Court's May 20, 2013 Order partially granting Chex Systems, Inc.'s motion to compel arbitration" ("Motion"), any opposition thereto, and any oral argument on the record, it is hereby **ORDERED** that the Motion be and hereby is **GRANTED** in its entirety for the reasons set forth on the record.

Without limiting the generality of the foregoing, this Court's Order of May 20, 2013 [Docket No. 37] be and hereby is **VACATED** in their entirety, and the motions for summary judgment filed on behalf of Chex Systems, Inc. [Docket No. 19] be and hereby is **DENIED**.