Case 12-01177-MBK    Doc 52    Filed 07/09/13    Entered 07/09/13 11:27:56    Desc Main
Document      Page 1 of 2

*Order Filed on 7/9/2013 by Clerk U.S. Bankruptcy Court District of New Jersey*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Derek J. Baker, Esquire<br>Gary J. Ruckelshaus, Esquire<br>REED SMITH LLP<br>Princeton Forrestal Village<br>136 Main Street, Suite 250<br>Princeton, New Jersey 08543<br>Telephone: 609-987-0050<br>Fax: 609-951-0824<br>*Attorneys for Chex Systems, Inc.* | |
| In re:<br>MICROBILT CORPORATION,<br>　　　　　　　　　　Debtor. | Case No.: 11-18143<br>Judge: Honorable Michael B. Kaplan<br>Chapter 11 |
| MICROBILT CORPORATION,<br>　　　　　　　　　　Plaintiff,<br>v.<br>CHEX SYSTEMS, INC.; GUNSTER, YOAKLEY & STEWART, P.A. and DAVID M. WELLS,<br>　　　　　　　　　　Defendants. | Adversary Proceeding No.:<br>12-1177 |

**ORDER RESOLVING PLAINTIFF'S MOTION FOR RECONSIDERATION OF THIS COURT'S MAY 20, 2013 ORDER [ADV. DKT. NO. 41.]**

The relief set forth on the following pages, numbered two (2) and two (2), is hereby ORDERED

**DATED: 7/9/2013**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

AND NOW, after consideration of Court's May 7, 2013 Oral Opinion (the "Opinion"), and the Court's May 20, 2013 Order implementing the Opinion [See Adv. Dkt. No. 37, pg. 2.] (the "Order"), Plaintiff's Motion for Reconsideration of this Court's May 20, 2013 Order [Adv. Dkt. No. 41.] (the "Reconsideration Motion"), all accompanying documents thereto, the opposition or responses thereto, and notice of the Motion having been given, oral argument and post argument submissions having been heard and considered and no other or further notice being required, and for cause shown as stated on the record at the hearing on July 8, 2013, it is

HEREBY ORDERED AND DECREED:

that the Reconsideration Motion is GRANTED in part and DENIED in part; and it is

FURTHER ORDERED that, except for the limited purposes outlined below, the Reconsideration Motion is DENIED; and it is

FURTHER ORDERED that the June 6, 2013 deadline for MicroBilt to commence an arbitration in accordance with, and subject to, the provisions of the Information Resale Agreement dated as of August 26, 2009 between Chex Systems, Inc. and MicroBilt Corp. (as amended, the "Resale Agreement") is hereby vacated; and it is

FURTHER ORDERED that further proceedings on Counts VIII through X of the Adversary Complaint against Defendant, Chex Systems, Inc. are hereby stayed pending a status conference to be convened ~~within 90 days of entry of this Order.~~ on October 10, 2013 at 10:00 a.m.

- 2 -

*Approved by Judge Michael Kaplan July 09, 2013*